STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant FLUKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-00340 KAW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| | ) | HEARING DECEMBER 17, 2014 |
| vs. | ) | |
| | ) | |
| | ) | Hearing Date:  December 1, 2014 |
| DERRICKA LYNN FLUKER, | ) | Time:            9:30 a.m. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The above-captioned matter is set on December 1, 2014 before this Honorable Court for

sentencing.  The parties jointly request that the Court continue this matter to December 17, 2014

so that defense counsel can have additional time to prepare for the sentencing hearing in this

matter.

        On August 4, 2014 defendant pleaded guilty to conspiracy to steal money and property of

the United States, a misdemeanor violation of 18 U.S.C. § 371.  Defense counsel is in trial from

November 3, 2014 through November 18th, and thus needs additional time to prepare this matter

for sentencing.  Specifically, defense counsel needs more time to complete the pre-sentence

1  investigation process with her client.  The parties have conferred with the United States

2  Probation Officer who is assigned to this case, Jessica Goldsberry.  Ms. Goldsberry has no

3  objection to this continuance.  Although she is not available on the requested date, she plans to

4  send another officer to cover the hearing.

5        Because Ms. Fluker has entered into a guilty plea, the parties agree that the Speedy Trial

6  Act does not apply.

7

8  DATED: October 27, 2014                   _____/S/_____
                                     WADE M. RHYNE

9                                       Assistant United States Attorney

10

    DATED: October 27, 2014                  _____/S/_____

11                                    ANGELA M. HANSEN
                                   Assistant Federal Public Defender

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1.     Given that counsel for Ms. Fluker needs additional time to prepare information for sentencing and the pre-sentence investigation;

2.     Given that the government and probation office do not oppose this request;

3.     Given that Mr. Fluker has pleaded guilty and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of December 1, 2014, scheduled at 9:30 a.m., is vacated and reset to December 17, 2014, at 9:30 a.m., for sentencing.

DATED: 10/28/14

KANDIS A. WESTMORE
United States Magistrate Judge

3